# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:11-PO-170 |
| vs. | : | Magistrate Judge Michael J. Newman |
| BEN LEMASTER, | : | |
| Defendant. | : | |

## DECISION AND ORDER GRANTING OCCUPATIONAL
## DRIVING PRIVILEGES PURSUANT TO OHIO REV. CODE §4507.16.10

This case is before the Court on Defendant's Oral Motion for Occupational Driving Privileges pursuant to Ohio Rev. Code §4507.16.10 and/or 4507.16(F).

Upon examination of the file and Defendant's Motion, the Court finds that the suspension of Defendant's driving privileges would seriously affect the Defendant's ability to continue his employment. The Court therefore SUSTAINS Defendant's Motion and GRANTS the Defendant occupational driving privileges as follows:

For travel between his residence (50 Samuel Street, Dayton, Ohio 45403) and the greater Dayton, Ohio area for the purpose of his work as a house painter. Mr. Lemaster is also granted driving privileges for the purpose of attending AA meetings twice a week and all of his medical appointments. This Order is granted Monday through Saturday, 7:00 a.m. until 8:00 p.m.

**IT IS SO ORDERED.**

July 20, 2012                                       s/ **Michael J. Newman**
                                                                United States Magistrate Judge